DEPARTMENT OF LABOR v. SAMUEL BERLANTI AND
SUFFOLK COUNTY CONTRACTORS, INC.

October 17, 1985.

This matter having been duly considered by the Court and
the debarment of respondent Samuel Berlanti having been
rendered moot by his death, and good cause otherwise appear-
ing;

it is ORDERED that the appeal in this matter is dismissed as
moot (see *Department of Labor v. Titan Construction Com-
pany,* 102 *N.J.* 1 (1985).